UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
AVENUE CAPITAL MANAGEMENT II, LP.,  :
et al.,                             :  Civil Action No.
                Plaintiffs,       :  1:08-cv-447
: 
   -against-                       :
:  **NOTICE OF**
J.P. MORGAN-CHASE & Co., et al.,    :  **APPEARANCE**
: 
                Defendants.      :
: 
------------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Plaintiffs/Counter-Claim Defendants Avenue Capital Management II, LP, Gracie Capital LP, Halcyon Fund, LP, King Street Capital, LP, Longacre Master Fund, Ltd., Man Mac 3 Limited, Marathon Special Opportunity Master Fund, Ltd., RCG Carpathia Master Fund, Ltd., Redwood Master Fund, Ltd., Scoggin Capital Management, LP II, Scoggin International Fund, Ltd., Scottwood Capital Management, LLC, SPCP Group, LLC, Strategic Value Master Fund, Ltd., Trilogy Capital LLC, Ore Hill Fund Hub Ltd. and Strategic Value Credit Opportunities Master Fund, L.P.  I certify that I am admitted to practice in the United

States District Court for the Southern District of New York.

Dated: New York, New York
       January 28, 2008

                          **BOIES, SCHILLER & FLEXNER LLP**

                By:    /S/ Magda M. Jimenez

                      Magda M. Jimenez
                      575 Lexington Avenue
                      New York, New York 10022
                      (212) 446-2300

                      *Attorneys for*
                      *Plaintiffs/Counter-Claim Defendants*