```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNICREDITO ITALIANO SPA and BANK     :
POLSKA KASA OPIEKI SA,               :
                                     :     02 Civ. 5328 (JSR)
            Plaintiffs,              :
                                     :
       -v-                           :
                                     :
J.P. MORGAN CHASE BANK et al.,       :
                                     :
            Defendants.              :
-------------------------------------:
DK ACQUISITION PARTNERS L.P. et al., :
                                     :
            Plaintiffs,              :     08 Civ. 0446 (JSR)
                                     :
       -v-                           :
                                     :
J.P. MORGAN CHASE & CO. et al.,      :
                                     :
            Defendants.              :
-------------------------------------:
AVENUE CAPITAL MANAGEMENT II.,       :
L.L.P. et al.,                       :
                                     :     08 Civ. 0447 (JSR)
            Plaintiffs,              :
                                     :
       -v-                           :
                                     :
J.P. MORGAN CHASE & CO. et al.,      :
                                     :
            Defendants.              :
------------------------------------x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-5-08

JED S. RAKOFF, U.S.D.J.

Effective immediately, Unicredito Italiano SPA and Bank Polska Kasa Opieki SA et al. v. J.P. Morgan Chase Bank et al., 02 Civ. 5328, has been reassigned from Judge Swain to the undersigned, and DK Acquisition Partners L.P. et al. v. J.P. Morgan Chase & Co. et al., 08 Civ. 0446, and Avenue Capital Management II, L.L.P. et al. v. J.P. Morgan Chase & Co. et al., 08 Civ. 0447, have been assigned to this Court as well. Accordingly, the Court hereby convenes an in-

court conference at the United States Courthouse, 500 Pearl Street, New York, N.Y. in Courtroom 14-B at 2 p.m. on Friday, February 8, 2008.  Counsel in all three matters should be prepared to discuss all aspects of scheduling, including, in <u>Unicredito Italiano SPA and Bank Polska Kasa Opieki SA et al. v. J.P. Morgan Chase Bank et al.</u>, 02 Civ. 5328, the setting of a prompt trial date.

    SO ORDERED.

                                               JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 4, 2008