# KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

ATTORNEYS AT LAW

551 FIFTH AVENUE

NEW YORK, NEW YORK 10176

(212) 986-6000

FACSIMILE (212) 986-8866

www.kkwc.com

FREDRIC A. KLEINBERG
MYRON KAPLAN
NORRIS D. WOLFF
JAMES R. COHEN
STEPHEN M. SCHULTZ
DAVID PARKER
JEFFREY S. BORTNICK
MARTIN D. SKLAR
JAMES R. LEDLEY△
PHILIP S. GROSS+
CHRISTOPHER P DAVIS
LAWRENCE O. HUI
ANDREW M. CHONOLES
ERIC S. WAGNER
ROSS L YUSTEIN◊
SHARON M. TOMAO
ROBERT S. SCHNEIDER
MAX KARPEL
  Direct Dial: 212.880.9880
  E-Mail: DParker@KKWC.com

MAURICE S. SPANBOCK
BRUCE D. STEINER+◊
ROBERT L. BERMAN△
MATTHEW J. GOLD
JODI F. KRIEGER+
OF COUNSEL

JAMES I. RAPP
MARC R. ROSEN+△
GEORGETTE MILLER*
JASON P. GRUNFELD
JAMIE L. NASH
VANA VUJIC
MONIKA JAIN
KELLY E. ZELEZEN
DAVID Y. PARK
SOFIA S. TSYTSAREV
DANIELLE A. ROTHMAN
CHRIS M. TERRY°
JASON DIENER+

+ALSO ADMITTED IN NJ
◊ALSO ADMITTED IN FL
△ALSO ADMITTED IN DC
*ADMITTED ONLY IN NJ & PA
°ADMITTED ONLY IN HI



April 30, 2008

**By Hand Delivery**

Hon. Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



> re: UniCredito Italiano SpA, et al. v. JPMorgan Chase Bank, et al., No. 02 Civ. 5328 (LTS) (JCF) ("UniCredito")
>
> DK Acquisition Partners, L.P., et al. v. JPMorgan Chase & Co., et al., No. 08 Civ. 0446 (LTS) (JCF) ("DK")
>
> Avenue Capital Management II, L.P., et al. v. J.P. Morgan Chase & Co., et al., No. 08 Civ. 0447 (LTS) (JCF) ("Avenue Capital")

Dear Judge Swain:

On behalf of the Plaintiffs in the above-captioned cases, we respectfully request that Plaintiffs be permitted to file under seal the papers they served Monday, April 28 yesterday in opposition to Defendants' Motion for Summary Judgment (Item 3.3 on the parties' Preconference Statement dated April 26, 2008), as follows:

> Plaintiffs' Joint Memorandum in Opposition to Summary Judgment on Loss Causation
>
> Plaintiffs' Joint Response to Defendants' Statement of Material Facts Pursuant to Local Rule 56.1 and Statement of Additional Material Facts in Opposition to Summary Judgment

DPARKE\132233.4 - 4/30/08

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

Hon. Laura T. Swain
April 30, 2008
Page 2

        Affidavit of James B. Heaton, III in Support of Plaintiffs' Joint Statement of Material Facts Pursuant to Local Rule 56.1

    Plaintiffs request that these documents be filed under seal because they include and/or contain material from documents and testimony that has been designated by the Defendants or Enron as Confidential or Highly Confidential.

    I have conferred with counsel for the Defendants and Enron, and they have consented to this request.

Yours respectfully,

David Parker
Counsel for DK Plaintiffs

cc:    David Woll (by email)
       Alan C. Turner (by email)
       Counsel for JPMorgan Chase Defendants

       Michael E. Gertzman (by email)
       H. Seiji Newman (by email)
       Counsel for Citigroup Defendants

       Clifton Elgarten (by email)
       Counsel for Enron

       Charles G. Berry (by email)
       Robert Goodman (by email)
       Counsel for UniCredito Plaintiffs

       J.B. Heaton (by email)
       Counsel for DK Plaintiffs

       David A. Barrett (by email)
       Counsel for Avenue Capital Plaintiffs

*[Handwritten:]* The request is granted. Courtesy copies shall be provided for chambers.

SO ORDERED.

*[Signed]* 5/1/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

DPARKE\132233.4 - 4/30/08