## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNICREDITO ITALIANO SPA and BANK
POLSKA KASA OPIEKI SA

                                                                           Plaintiffs,

       v.

Civil Action No. 02 Civ. 5328 (LTS)

JPMORGAN CHASE BANK, J.P. MORGAN
CHASE & CO., J.P. MORGAN SECURITIES,
INC., CITIBANK, N.A., CITIGROUP, INC. and
CITIGROUP GLOBAL MARKETS INC.
(FORMERLY SALOMON SMITH BARNEY
INC.)

                                                                     Defendants.
---------------------------------------------------------------- X
DK ACQUISITION PARTNERS, L.P.,
KENSINGTON INTERNATIONAL LIMITED,
RUSHMORE CAPITAL-I, L.L.C., RUSHMORE
CAPITAL-II, L.L.C., and SPRINGFIELD
ASSOCIATES, LLC.,

                                                                    Plaintiffs,

Civil Action No. 08 Civ. 0446 (LTS)

       v.

JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, J.P. MORGAN SECURITIES,
INC., CITIGROUP INC., CITIBANK, N.A. and
CITIGROUP GLOBAL MARKETS, INC. f/k/a
Salomon Smith Barney,

                                                                    Defendants.
---------------------------------------------------------------- X
[Caption continued on following page]

|  |  |
|---|---|
| ------------------------------------------------------------ X <br> AVENUE CAPITAL MANAGEMENT II, L.P., GRACIE CAPITAL, L.P., HALCYON FUND, L.P., KING STREET CAPITAL, L.P., LONGACRE MASTER FUND, LTD., MAN MAC 3 LIMITED, ORE HILL FUND HUB LTD., MARATHON SPECIAL OPPORTUNITY MASTER FUND, LTD., RCG CARPATHIA MASTER FUND, LTD., REDWOOD MASTER FUND, LTD., SCOGGIN CAPITAL MANAGEMENT, L.P. II, SCOGGIN INTERNATIONAL FUND, LTD., SCOTTWOOD CAPITAL MANAGEMENT, LLC, SPCP GROUP, LLC, STRATEGIC VALUE CREDIT OPPORTUNITIES MASTER FUND, L.P., STRATEGIC VALUE MASTER FUND, LTD., and TRILOGY CAPITAL, LLC, <br>                                                       Plaintiffs, <br>      v. <br> JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, J.P. MORGAN SECURITIES, INC., CITIGROUP INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS, INC. f/k/a Salomon Smith Barney, <br>                                                       Defendants. <br> ------------------------------------------------------------ X | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :   Civil Action No. 08 Civ. 0447 (LTS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**PLEASE TAKE NOTICE** that Thomas C. Rice, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc. in these actions and requests that all subsequent papers be served upon him at the address indicated below.

      Please add the following to the service list for these proceedings:

      Thomas C. Rice, Esq. (trice@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954

(212) 455-2000 (Telephone)
(212) 455-2502 (Facsimile)

Dated: New York, New York
June 5, 2008

SIMPSON THACHER & BARTLETT LLP

By: /s/ Thomas C. Rice

Thomas C. Rice
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorney for Defendants*