**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
UNICREDITO ITALIANO SPA and BANK
POLSKA KASA OPIEKI SA

                                        Plaintiffs,

    v.                                              Civil Action No. 02 Civ. 5328 (LTS)

JPMORGAN CHASE BANK, J.P. MORGAN
CHASE & CO., J.P. MORGAN SECURITIES,
INC., CITIBANK, N.A., CITIGROUP, INC. and
CITIGROUP GLOBAL MARKETS INC.
(FORMERLY SALOMON SMITH BARNEY
INC.)

                                        Defendants.
---------------------------------------------------------------- X
DK ACQUISITION PARTNERS, L.P.,
KENSINGTON INTERNATIONAL LIMITED,
RUSHMORE CAPITAL-I, L.L.C., RUSHMORE
CAPITAL-II, L.L.C., and SPRINGFIELD
ASSOCIATES, LLC.,

                                        Plaintiffs,      Civil Action No. 08 Civ. 0446 (LTS)

    v.

JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, J.P. MORGAN SECURITIES,
INC., CITIGROUP INC., CITIBANK, N.A. and
CITIGROUP GLOBAL MARKETS, INC. f/k/a
Salomon Smith Barney,

                                        Defendants.
---------------------------------------------------------------- X

[Caption continued on following page]

```
---------------------------------------------------------------- X
AVENUE CAPITAL MANAGEMENT II, L.P.,            :
GRACIE CAPITAL, L.P., HALCYON FUND,
L.P., KING STREET CAPITAL, L.P.,               :
LONGACRE MASTER FUND, LTD., MAN MAC            :
3 LIMITED, ORE HILL FUND HUB LTD.,
MARATHON SPECIAL OPPORTUNITY                   :
MASTER FUND, LTD., RCG CARPATHIA
MASTER FUND, LTD., REDWOOD MASTER              :
FUND, LTD., SCOGGIN CAPITAL
MANAGEMENT, L.P. II, SCOGGIN                   :
INTERNATIONAL FUND, LTD., SCOTTWOOD
CAPITAL MANAGEMENT, LLC, SPCP GROUP,           :
LLC, STRATEGIC VALUE CREDIT                       Civil Action No. 08 Civ. 0447 (LTS)
OPPORTUNITIES MASTER FUND, L.P.,               :
STRATEGIC VALUE MASTER FUND, LTD.,
and TRILOGY CAPITAL, LLC,                      :
                                               :
                          Plaintiffs,          :

           v.                                  :
                                               :
JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, J.P. MORGAN SECURITIES,            :
INC., CITIGROUP INC., CITIBANK, N.A., and
CITIGROUP GLOBAL MARKETS, INC. f/k/a           :
Salomon Smith Barney,
                                               :
                          Defendants.          :
---------------------------------------------------------------- X
```

**PLEASE TAKE NOTICE** that David J. Woll, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc. in these actions and requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for these proceedings:

    David J. Woll, Esq. (dwoll@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954

(212) 455-2000 (Telephone)
(212) 455-2502 (Facsimile)


Dated: New York, New York
       June 5, 2008

                                  SIMPSON THACHER & BARTLETT LLP


                                  By: /s/ David J. Woll_____


                                  David J. Woll
                                  425 Lexington Avenue
                                  New York, New York 10017-3954
                                  Telephone: (212) 455-2000
                                  Facsimile: (212) 455-2502

                                  *Attorney for Defendants*