# KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

ATTORNEYS AT LAW

551 FIFTH AVENUE

NEW YORK, NEW YORK 10176

(212) 986-6000

FACSIMILE: (212) 986-8866

www.kkwc.com

FREDRIC A. KLEINBERG
MYRON KAPLAN
NORRIS D. WOLFF
JAMES R. COHEN
STEPHEN M. SCHULTZ
DAVID PARKER
JEFFREY S. BORTNICK
MARTIN D. SKLAR
JAMES R. LEDLEY△
PHILIP S. GROSS+
CHRISTOPHER P. DAVIS
LAWRENCE D. HUI
ANDREW M. CHONOLES
ERIC S. WAGNER
ROSS L. YUSTEIN+
SHARON M. TOMAO
ROBERT S. SCHNEIDER
MAX KARPEL
JAMES D. MCCANN

Direct Dial: 212.880.9897
E-Mail: MRosen@KKWC.com

MAURICE S. SPANBOCK
BRUCE D. STEINER+○
ROBERT L. BERMAN△
MATTHEW J. GOLD
JODI F. KRIEGER+
EUCHUNG UNG
OF COUNSEL

JAMES I. RAPP
MARC R. ROSEN+△
JASON P. GRUNFELD
JAMIE L. NASH
IVANA VUJIC
MONIKA JAIN
KELLY E. ZELEZEN
DAVID Y. PARK
SOFIA S. TSYTSAREV
STEVE O. KIM
DANIELLE A. ROTHMAN
CHRIS M. TERRY○
GREG KRAMER
JASON DIENER+
ANTHONY F. MONTARULI

+ALSO ADMITTED IN NJ
○ALSO ADMITTED IN FL
△ALSO ADMITTED IN DC
●ADMITTED ONLY IN HI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 5 2008

September 4, 2008

**Via Facsimile (212-805-0426)**

Hon. Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

re:   DK Acquisition Partners, L.P., et al. v. JPMorgan Chase & Co., et al., No. 08 Civ. 0446 (LTS) (JCF) (the "DK Action")

Avenue Capital Management II, L.P., et al. v. J.P. Morgan Chase & Co., et al., No. 08 Civ. 0447 (LTS) (JCF) (the "Avenue Capital Action")

Dear Judge Swain:

On behalf of the plaintiffs in the above-referenced actions, pursuant to Rule 1.E of Your Honor's Individual Practices, I respectfully request that the time of the plaintiffs in the DK Action and the Avenue Capital Action to oppose the Motion by Defendants for Summary Judgment based on Plaintiffs' Standing To Assert Certain Claims Acquired from Third Parties (Docket No. 39 in the DK Action; Docket No. 20 in the Avenue Capital Action), be extended to October 1, 2008, and that the time of the defendants to reply be extended to December 3, 2008.

The defendants' motion alleges deficiencies in more than $400 million of debt acquired by the plaintiffs from third parties and challenges the plaintiffs' standing to assert the claims in this action. The plaintiffs seek additional time because preparation of their opposition requires the assembly of a substantial amount of documentation establishing the chain of title of the debt and the claims at issue. The plaintiffs require

MROSEN\136928.1 - 9/4/08

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

Hon. Laura T. Swain
September 4, 2008
Page 2

more time to continue compiling the underlying documentation – an extensive, labor-intensive job – and to confer with the defendants' counsel in the near future in the hopes of resolving this motion, at least in part.

In accordance with the Local Rules, we note that the original due date for the plaintiffs' opposition was July 25, 2008, and the original due date for the defendants' reply was August 1, 2008. These due dates were extended to September 9, 2008 (plaintiffs' opposition) and October 24, 2008 (defendants' reply) pursuant to a stipulation between the parties (Docket No. 46 in the DK Action; Docket No. 26 in the Avenue Capital Action), which was so-ordered on August 11, 2008. Today's application is the first request for an extension of the stipulated briefing schedule. The requested extension would not impact any other previously scheduled dates.

Counsel for the defendants have consented to this request for an extension.

For the reasons explained above, I respectfully request that the plaintiffs' time to oppose the Motion by Defendants for Summary Judgment based on Plaintiffs' Standing To Assert Certain Claims Acquired from Third Parties be extended to October 1, 2008, and that the defendants' time to reply be extended to December 3, 2008.

Thank you for your attention to this matter.

Yours respectfully,

Marc Rosen

Marc Rosen
Counsel for DK Plaintiffs

cc: David Woll (by email)
Alan C. Turner (by email)
Counsel for JPMorgan Chase Defendants

Michael E. Gertzman (by email)
H. Seiji Newman (by email)
Counsel for Citigroup Defendants

J.B. Heaton (by email)
David Parker (by email)
Counsel for DK Plaintiffs

David A. Barrett (by email)
Magda Jimenez (by email)
Counsel for Avenue Capital Plaintiffs

The request is granted.

SO ORDERED.

NEW YORK, NY
LAURA TAYLOR SWAIN
Sept 4, 2008 UNITED STATES DISTRICT JUDGE

MROSEN\136928.1 - 9/4/08